DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

9 JUNE 2016

| 294PA14 | Robert E. King and wife, Jo Ann O'Neal v. Michael S. Bryant, M.D., and Village Surgical Associates, P.A. | | Special Order |
|---|---|---|---|
| 322P15-4 | Raymond Griffin v. Debora Shandler, Assistant District Attorney of Wake County and Donald W. Stephens, Senior Resident Superior Court Judge | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **06/07/2016** |
| 334P15 | Ashley Keith Pittman, and wife, Deanna Pittman v. Henry Moncure Motors, Inc., Mobile Home Sales, a Corporation, and Crestline Homes, Inc., a Corporation | Def's (Henry Moncure Motors, Inc.) PDR Under N.C.G.S. § 7A-31 (COA14-1186) | Denied |
| 368PA15 | Wilkes v. City of Greenville | Def's Motion to Amend New Brief | Allowed **05/27/2016** |
| 370P09-2 | State v. Michael Harrison Hunt, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Durham County<br><br>2. Def's *Pro Se* Motion to Proceed In *Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot<br><br>**Beasley, J., recused** |